# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ELOPRE, ) | Case No. 1:15-cv-01723-SAB (PC) |
| Plaintiff, ) | |
| ) | ORDER TRANSFERRING CASE OT THE |
| v. ) | CENTRAL DISTRICT OF CALIFORNIA |
| ) | |
| DETECTIVE BROWN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

The alleged violations took place in Los Angeles County, which is part of the United States District Court for the Central Division of the California. Therefore, the complaint should have been filed in the Central District of California.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Central Division. This court will not rule on Plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Central District of California; and

1

2. All future filings shall refer to the new Central District case number assigned and shall be filed at:

> United States District Court
> Central District of California
> 3470 Twelfth Street, Room 134
> Riverside, CA 92501

3. This court has not ruled on Plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **November 20, 2015**

UNITED STATES MAGISTRATE JUDGE